**[Doapvifp]** [District order approving in forma pauperis]

ORDERED.

**Dated: July 1, 2026**

_____
Luis E. Rivera II
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION
www.flmb.uscourts.gov

In re:

Claribel Candelario Roman
aka Claribel C Roman

Case No.
2:26–bk–01468–FMR
Chapter 7

_____Debtor*_____/

ORDER APPROVING APPLICATION
TO HAVE THE CHAPTER 7 FILING FEE WAIVED

THIS CASE came on for consideration, without a hearing, of the Debtor's Application to Have the Chapter 7 Filing Fee Waived, (Document No. 2 ). Having reviewed the Application, the Court finds that the Application should be approved.

Accordingly, it is

***ORDERED:***

1. The Application is approved.

2. The Chapter 7 filing fee and other fees scheduled by the Judicial Conference under 28 U.S.C. §§ 1930 (b) and (c) are waived. This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

The movant's attorney is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.